EMILE G. DES JARDINES, Respondent, *v.* WALTER B. HOTCHKIN et al., Copartners, Composing the Firm of STOPPANI & HOTCHKIN, Appellants.

*Des Jardines* v. *Hotchkin*, 150 App. Div. 903, affirmed.
(Argued February 4, 1914; decided February 24, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department,

entered April 23, 1912, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action for an accounting.

*Samuel H. Evins* for appellants.

*William P. Maloney* for respondent.

Judgment affirmed, with costs; no opinion.
. Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, COLLIN, CUDDEBACK and HOGAN, JJ. Not sitting: MILLER, J.